.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**James E. Lundeen, Sr., M.D.,**                    **JUDGMENT IN A CIVIL CASE**
    vs.                                              **Case No.** 2:11-cv-484
        Plainitff

                                               **Magistrate Judge King**

**Lance A. Talmadge, et al.,**

        Defendant

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that pursuant to the Opinion and Order filed on November 21, 2011,  this action is dismissed.

Date: November 21, 2011                          **James Bonini, Clerk**

                                                      By: _s/Rashan Spraggins_____
                                                    Rashan Spraggins , Deputy Clerk